1  Tuan Uong (SBN 272447)
   Email:    tuong@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue
3  Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5
   Le T. Duong (SBN 297662)
6  Email:    lduong@reedsmith.com
   REED SMITH LLP
7  101 Second Street
   Suite 1800
8  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
9  Facsimile: +1 415 391 8269

10 Attorneys for Defendant
   Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADAMA GOUDIABY,<br><br>        Plaintiff,<br><br>    v.<br><br>Equifax, Inc.; Credit One Bank, N.A., TFC Credit Corporation, and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 2:18-cv-01078-MCE-KJN<br><br>**STIPULATION TO EXTEND DEFENDANT CREDIT ONE BANK, N.A.'S TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Compl. Filed:    April 30, 2018<br><br>Honorable Morrison C. England<br>Honorable Kendall J. Newman |

| | |
|---|---|
| 1 | This Joint Stipulation to Extend Time to Respond to Complaint to June 13, 2018 is made by |
| 2 | and between Plaintiff Adama Goudiaby ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit |
| 3 | One") through their respective counsel, in light of the following facts: |

**RECITALS**

On May 2, 2018, Plaintiff served her Complaint on Credit One.

Credit One's response to Plaintiff's Complaint is due on or before May 23, 2018.

The parties agree to extend Credit One's time to respond to the Complaint to June 13, 2018, in order to give Credit One additional time to investigate Plaintiff's claims and prepare a proper response, and for the parties to potentially reach a resolution of this matter.

There is good cause to extend Credit One's response deadline because Credit One requires additional time to investigate Plaintiff's allegations and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

Pursuant to Civil Local Rule 144, Plaintiff and Credit One stipulate that Credit One's time to respond to Plaintiff's Complaint is extended to June 13, 2018.

This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

**STIPULATION**

The deadline for Credit One to respond to the Complaint shall be continued to June 13, 2018.

This change in deadline will not alter the date of any event or any deadline already fixed by the Court order, local rules, or the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS SO STIPULATED.**

DATED: May 23, 2018  REED SMITH LLP

By: /s/ *Le Duong*
Tuan Uong
Le T. Duong
Attorneys for Defendant
Credit One Bank, N.A.

DATED: May 23, 2018  SAGARIA LAW, P.C.

By: /s/ *Elliot Gale*
Elliot Gale
[As authorized on May 23, 2018]
Attorney for Plaintiff
Adama Goudiaby

**IT IS SO ORDERED.**

Dated: May 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE